**Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
**A Professional Association**
2151 River Plaza Drive, Suite 195
Sacramento, California  95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Appellant
Vista Property Development, Inc.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re: | |
| TRUCK-A-WAY, | Bankruptcy Case 02-21699-B-7 |
| Debtor. | |
| ____/ | |
| VISTA PROPERTY DEVELOPMENT, INC., | **CIV S-03-877-FCD** |
| Appellant, | **STIPULATION FOR DISMISSAL OF PROCEEDING WITH PREJUDICE; AND ORDER THEREON** |
| v. | |
| MICHAEL P. DACQUISTO, | |
| Appellee. | |
| ____/ | |

**TO THE CLERK OF THE DISTRICT COURT:**

1  The parties to this action having previously entered into a Settlement and Release
2  Agreement approved by the bankruptcy court, and all other conditions in such Settlement
3  and Release Agreement having been met, the parties thereto further stipulate and agree
4  that the above-captioned appeal shall be dismissed with prejudice, each party to bear their
5  own costs and fees.  The Clerk of the Court therefore shall be requested to dismiss this
6  appeal pursuant to Bankruptcy Rule 8001(c)(2).

**IT IS SO STIPULATED.**

                                                  **Nakagawa & Rico**
                                                  **A Professional Association**

Dated: June 7, 2005                                  By_____
                                                        Mike K. Nakagawa, Esq.
                                                         Attorneys for Appellant Vista Property
                                                        Development, Inc.

                                                **Stevens & O'Connell, LLP**

Dated: July 12, 2005                                 By_____/s/ Craig C. Allison_____
                                                        Craig C. Allison, Esq.
                                                        Attorneys for Appellee Michael P. Dacquisto
                                                        Chapter 7 Trustee for the Truck-A-Way
                                                        Estate

## ORDER

21  The above-captioned proceeding is dismissed pursuant to Bankruptcy Rule
22  8001(c)(2), each party to bear their own costs and fees.

Dated:  July 13, 2005                                /s/ Frank C. Damrell Jr._____
                                                        United States District Court Judge

**Vista Property Dev. v. Dacquisto, No. 03-877-FCD**
**Stipulation for Dismissal.1**                        2